**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MOISES DARIO ARIAS,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 13-70614<br><br>Agency No. A075-714-114<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 13, 2014[**]

Before:     SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

Moises Dario Arias, a native and citizen of Bolivia, petitions for review of a

Board of Immigration Appeals ("BIA") order dismissing his appeal from an

immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C.

1252. We review de novo constitutional claims and questions of law.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Hamazaspyan v. Holder*, 590 F.3d 744, 747 (9th Cir. 2009). We deny in part and dismiss in part the petition for review.

The BIA correctly determined that Arias made a knowing and intelligent waiver of his right to appeal. *See United States v. Estrada-Torres*, 179 F.3d 776, 781 (9th Cir. 1999) ("Because the immigration judge explained the right to appeal to [petitioner] (with the other deportees) and individually asked him specifically if he wanted to appeal his deportation order, his waiver of his right to appeal was 'considered and intelligent.'") (citation omitted), *overruled on other grounds by United States v. Rivera-Sanchez*, 247 F.3d 905 (9th Cir. 2001). As the appeal waiver was effective, the BIA properly dismissed Arias' appeal for lack of jurisdiction. *See Matter of Rodriguez-Diaz*, 22 I. & N. Dec. 1320, 1322 (BIA 2000) ("By waiving appeal, an alien relinquishes the opportunity to obtain review of the Immigration Judge's ruling.").

We lack jurisdiction to review Arias' remaining unexhausted contentions. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**